
# ARKANSAS COURT OF APPEALS

DIVISION II
**No.** CV–14–951

|  |  |
|---|---|
| BETH'S BAIL BONDS, INC.<br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br>APPELLEE | **OPINION DELIVERED** SEPTEMBER 23, 2015<br><br>APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, FIFTH DIVISION<br>[NO. 60CR-13-2844, 60CV-14-1547]<br><br>HONORABLE WENDELL GRIFFEN, JUDGE<br><br>SUPPLEMENTAL ADDENDUM ORDERED |

## ROBERT J. GLADWIN, Chief Judge

Beth's Bail Bonds, Inc. (BBB), appeals the Pulaski County Circuit Court's bond–forfeiture judgment filed April 17, 2014, and the July 11, 2014 order denying BBB's motion to set aside the judgment. On appeal, the bonding company contends that (1) the circuit court was without jurisdiction to enter a judgment; (2) the county attorney's office had no authority to demand judgment on behalf of the State; and (3) the circuit court abused its discretion by not setting aside the bond-forfeiture judgment under Arkansas Rule of Civil Procedure 60 (2014). We order rebriefing due to an inadequate addendum.

BBB's third point on appeal asks this court to review the circuit court's decision to deny the motion to set aside the bond-forfeiture judgment. This motion was originally filed on June 11, 2014, and the response was filed on June 18, 2014. An amended motion to set aside forfeiture judgment and memorandum was filed on June 18, 2014, and the response was

filed on the same date. The addendum filed within BBB's appellate brief contains only the original motion filed June 11, 2014, and the order denying the motion to set aside filed July 11, 2014.

Arkansas Supreme Court Rule 4–2(a)(8)(A)(i) (2014) provides that, if any pleading to be included in the addendum was amended, the final version and any earlier version incorporated therein shall be included. Accordingly, pursuant to Rule 4–2(b)(4), we order BBB to file a supplemental addendum, providing the necessary pleadings, within seven calendar days from the date of this opinion.

Supplemental addendum ordered.

WHITEAKER and HOOFMAN, JJ., agree.

*Charles D. Hancock*, for appelant.

*Leslie Rutledge*, Att'y Gen., by: *Vada Berger*, Ass't Att'y Gen., for appellee.

SLIP OPINION